UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE JONES<br><br>       Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>       Defendant. | Case No.: 1:12-cv-01283-BAM<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

      Based on the Stipulation of the parties (Doc. 15), and for good cause shown, the Court GRANTS Plaintiff's request to extend the deadline to file his opening brief. Plaintiff's opening brief shall be filed on or before April 1, 2013. Defendant's responsive brief shall be filed on or before May 1, 2013. Plaintiff's reply brief shall be filed on or before May 15, 2013.

IT IS SO ORDERED.

    Dated:   **February 25, 2013**           /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE